IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIA GEDEUS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ST. IGNATIUS NURSING HOME,**<br><br>*Defendant.* | Case No. 2:21-cv-03783-JDW |

### ORDER

**AND NOW**, this 25th day of August, 2022, upon consideration of Defendant St. Ignatius Nursing Home's Motion For Summary Judgment (ECF No. 19), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. St. Ignatius's Motion For Summary Judgment (ECF No. 19) is **GRANTED** with respect to Plaintiff Tina Gedeus's claims under the Family and Medical Leave Act, and summary judgment is entered in favor of St. Ignatius on Count III of the Complaint; and

2. The Motion is **DENIED** in all other respects.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.